EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2015 TSPR 71    |
|                         |                 |
| Enrique Reyes Coreano   | 193 DPR ____    |

Número del Caso: CP-2008-17

Fecha: 28 de mayo de 2015

Abogado de la Parte Peticionaria:

     Por derecho Propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enrique Reyes Coreano                    CP-2008-17

RESOLUCIÓN

San Juan, Puerto Rico, a 28 de mayo de 2015.

Examinada la *Moción Sobre Cumplimiento de Sentencia* presentada por el Sr. Enrique Reyes Coreano, y transcurrido el término de suspensión de un (1) año del ejercicio de la abogacía decretado mediante Opinión Per Curiam y Sentencia de 2 de abril de 2014, se reinstala al señor Reyes Coreano al ejercicio de la abogacía y de la notaría.

Se le ordena al señor Reyes Coreano que una vez la Oficina de Inspección de Notarías le devuelva la obra y el sello notarial, debe subsanar las deficiencias señaladas en un término de sesenta (60) días. Se le apercibe que el incumplimiento con nuestra orden podría conllevar la imposición de sanciones disciplinarias adicionales.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo